**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| DAVID BISHOP, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:23-cv-01019 |
| LINDEN BUZZELL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MAXIMUS INC. and MAXIMUS FEDERAL SERVICES, INC.,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:23-cv-01028 |
| CARLOS HARDING, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MAXIMUS INC. and MAXIMUS FEDERAL SERVICES, INC.,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:23-cv-01045 |

| | |
|---|---|
| CLIFFORD BEERS and WADE NUGENT, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>MAXIMUS INC. and MAXIMUS FEDERAL SERVICES, INC.,<br><br>       Defendants. | Case No.: 1:23-cv-01107 |
| ALEXYS TAYLOR, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>MAXIMUS INC.,<br><br>       Defendant. | Case No.: 1:23-cv-01117 |
| LEO WILT, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>MAXIMUS INC.,<br><br>       Defendant. | Case No.: 1:23-cv-01108 |

## STIPULATED MOTION FOR CONSOLIDATION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **NOTICE IS HEREBY GIVEN** that Defendants Maximus Inc. and Maximus Federal

Services, Inc. ("Maximus" or "Maximus Defendants"), by and through undersigned counsel respectfully move for consolidation of the above-captioned cases for both pre-trial and trial purposes pursuant to Federal Rule of Civil Procedure Rule 42(a), and in support thereof submit its accompanying brief. Plaintiffs do not oppose this request for consolidation.

Dated: August 29, 2023

Respectively Submitted,

*/s/ Jon M. Talotta*
Jon M. Talotta (VSB No. 44590)
HOGAN LOVELLS US LLP
8350 Broad Street, 17th Floor
Tysons, VA  22102
Tel: (703) 610-6100
Fax: (703) 610-6200
jon.talotta@hoganlovells.com

Allison Marie Holt Ryan (*pro hac vice*)
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
allison.holt-ryan@hoganlovells.com

*Counsel for Defendants Maximus, Inc. and Maximus Federal Services, Inc.*

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that, on August 29, 2023, counsel for Maximus Defendants conferred with counsel for Plaintiffs by videoconference and e-mail to discuss the matters raised herein. On August 29, 2023, the parties exchanged drafts/redlines of this Motion by e-mail. Counsel for Plaintiffs consent to this Motion.

*/s/ Jon M. Talotta*
Jon M. Talotta (VSB No. 44590)